UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY TREVATAHN and RAMON MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  5:15-cv-00004 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court having been informed that this case has settled, all previously scheduled deadlines and appearances are vacated.

**On or before April 10, 2015**, plaintiffs shall file a dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, then plaintiffs shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **April 21, 2015, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, plaintiffs shall file a statement in response to this Order to Show Cause no later than **April 14, 2015**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and plaintiffs need not file a statement in response to this

1  Order.
2     SO ORDERED.
3  Dated:   February 10, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:15-cv-00004-HRL Notice has been electronically mailed to:

Trinette Gragirena Kent     tkent@kentlawpc.com, cdemaio@lemberglaw.com, filings@lemberglaw.com, tkent@lemberglaw.com

3